UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARIA S. REMINGTON,

        Plaintiff,

v.

UNIVERSITY OF NORTH CAROLINA
AT CHAPEL HILL,

        Defendant..

**JUDGMENT**

No. 5:17-CV-375-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 18, 2017, that this case is dismissed without prejudice for plaintiff's failure to prosecute and for failure to comply with the court's orders.

**This Judgment Filed and Entered on December 18, 2017, and Copies To:**
Maria S. Remington (via U.S. Mail) PO Box 52074, Durham, NC 27717
Catherine Faith Jordan (via CM/ECF notice of electronic filing)

December 18, 2017        PETER A. MOORE, JR., CLERK
                                          /s/ Susan W. Tripp
                                          (By) Susan W. Tripp, Deputy Clerk